NEW YORK WATER SERVICE CORPORATION, Respondent-Appellants, v. PALISADES INTERSTATE PARK COMMISSION, Appellant-Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

GIFFORD M. PEARSON, Respondent, v. CHARLES E. WILLIS, JR., et al., Defendants, and COONEY ASSOCIATES, INC., Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

SALVATORE PINIERI et al., Appellants, v. MILTON ROSENBAUM et al., Doing Business under the Name of NORTHERN HEIGHTS SERVICE, Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FISHKIN, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE DIREL GREEN, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.